# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE SUBSTITUTION OF COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Thomas Jerry Robertson III, | ) | Case No. 2:04-cr-011 |
| | ) | |
| Defendant. | ) | |

The Defendant applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that the Defendant is qualified for representation under 18 U.S.C. § 3006A. The court appointed attorney Dan Herbel to represent the Defendant at his initial appearance on a petition for action on conditions of release with the understanding that the Federal Public Defender the District of North Dakota would substituted as counsel and represent the Defendant at all subsequent proceedings.

Accordingly, the court **GRANTS** attorney Dan Herbel leave to withdraw as counsel. The Federal Public Defender for the District of North Dakota is appointed to represent the Defendant in this matter and shall be substituted as defense counsel. The Defender's office is directed to file a Notice of Appearance designating the specific Assistant Federal Public Defender who will appear as counsel of record in the case.

**IT IS SO ORDERED.**

Dated this 25th day of September, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge